IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN HAGAN | : |
| | : CIVIL ACTION |
| v | : |
| | : NO. 13-6092 |
| CAROLYN W. COLVIN, | : |
| ACTING COMMISSIONER OF | : |
| SOCIAL SECURITY | : |

## ORDER

**AND NOW**, this  29th  day of June, 2015, upon consideration of Plaintiff's Request for Review (ECF No. 7) of the Decision of the Commissioner of Social Security, the Report and Recommendation (ECF No. 11) of United States Magistrate Judge Linda K. Caracappa, and Plaintiff's Objections (ECF No. 12) to the Report and Recommendation, it is **ORDERED** as follows:

1. Plaintiff's Objections (ECF No. 12) to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation of the Magistrate Judge is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (ECF No. 7) is **DENIED**.

The Clerk is directed to mark this Case closed.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**